Bobby GILBERT, Plaintiff–Appellant,

and

Carl Pollen, Plaintiff,

v.

William R. BYARS, Agency Director, South Carolina Department of Corrections; Joseph McFadden, Warden; Dante Wright; Jerome Middleton; Rachel Ladagga; Ms. Ropper; Ms. Fowler; Thomas Sears; Tarrance Jackson, Defendants–Appellees.

No. 14–7290.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 22, 2015.

Decided: Jan. 27, 2015.

Bobby Gilbert, Appellant Pro Se. Hugh Willcox Buyck, Gordon Wade Cooper, Buyck, Sanders & Simmons, Charleston, South Carolina; Elloree Ann Ganes, Robert Holmes Hood, Benjamin Houston Joyce, Thomas Happel Scurry, Hood Law Firm, Charleston, South Carolina, for Appellee.

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Gilbert appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) claims without prejudice for failure to properly exhaust his administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Gilbert v. Byars*, No. 2:13–cv–02163–MGL, 2014 WL 4063020 (D.S.C. Aug. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*